THE PEOPLE OF THE STATE OF NEW YORK ex rel. TOWN OF CONSTANTIA and CARROLL BEST, as Supervisor of the Town of Constantia, v. STATE TAX COMMISSION OF THE STATE OF NEW YORK.— Motion for order directing that the city of Oswego be made a party, and that order of certiorari be quashed and set aside, denied, on the ground of insufficiency of the papers filed to enable the court to pass upon the application. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.; Bliss, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TOWN OF CONSTANTIA and CARROLL BEST, as Supervisor of the Town of Constantia, v. STATE TAX COMMISSION OF THE STATE OF NEW YORK.— Motion for order directing that towns of Scriba, New Haven, Mexico, Palermo, Redfield, Schroeppel, Oswego and Boylston, Oswego county, N. Y., be made parties, and that order of certiorari be quashed and set aside, denied, on the ground of the insufficiency of the papers filed to enable the court to pass upon the application. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.; Bliss, J., not voting.

In the Matter of the Claim of VINCENT CRIMI, Respondent, against GEORGE S. BENNETT and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for order directing Attorney-General and the State Industrial Board to accept notice of appeal, served June 30, 1937, granted, with ten dollars costs to the employer and carrier against the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS CZECHALENKA, Appellant.— Appellant's motion to enlarge his time to perfect his appeal is granted, and the time is extended to October 15, 1937; and the motion for an order directing the district attorney, or appellant's attorney, to print the record on appeal and to charge the cost thereof to the expense of the trial, pursuant to sections 606, 607 and 608 of the Correction Law, is denied. It is further ordered that the appeal be made on a typewritten record. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS EDWARD GAGNIER, Appellant.— Motion for leave to prosecute appeal on typewritten papers granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of JOSEPH LESSER, Petitioner, against THE WARDENS OF QUEENS COUNTY JAIL and CLINTON PRISON, Respondents.— Application for leave to appeal on typewritten papers denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Application of MARIO T. RICCARDI, Appellant, for a Peremptory Order of Mandamus against Hon. JOSEPH H. WILSON, Warden, THE PRISON BOARD OF GREAT MEADOW PRISON, and THE PAROLE BOARD OF THE STATE OF NEW YORK, Respondents.— Decision on application for permission to appeal as a poor person reserved pending the filing with this court of papers showing a meritorious cause for review. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of GEORGE SCHAEFER, Appellant, against S. B. THOMAS, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal denied, without costs, and decision of claimant's motion for permission to come to this court on typewritten papers, reserved pending the filing, on the 25th day of October, 1937, of proof showing a meritorious cause for review. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.